UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BOTT LAND, INC., an Idaho Corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>YELLOWSTONE SOUTHWEST I, LLC, a Delaware limited liability company; YELLOWSTONE SOUTHWEST II, LLC, a Delaware limited liability company; and YELLOWSTONE SOUTHWEST III, LLC, a Delaware limited liability company,<br><br>               Defendants. | Case No. 4:10-CV-117-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court has before it the parties' Stipulated Motion for Dismissal With Prejudice (Dkt. 41). Good cause appearing, the Court will grant the motion.

**ORDER**

**IT IS ORDERED:**

   1.     The parties' Stipulated Motion for Dismissal With Prejudice (Dkt. 41) is

         **GRANTED**. This matter is Dismissed With Prejudice, with each party

bearing its own costs, fees and expenses.

2. The Court will enter a separate judgment in accordance with Fed. R. Civ. P. 58.

DATED: **December 6, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge