UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BOTT LAND, INC., an Idaho Corporation, <br><br> Plaintiff, <br><br> v. <br><br> YELLOWSTONE SOUTHWEST I, LLC, a Delaware limited liability company; YELLOWSTONE SOUTHWEST II, LLC, a Delaware limited liability company; and YELLOWSTONE SOUTHWEST III, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 4:10-CV-117-BLW <br><br> **JUDGMENT** |

In accordance with the Order of Dismissal filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED ADJUDGED and DECREED that this case be DISMISSED WITH PREJUDICE in its entirety.

DATED: **December 6, 2010**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge

JUDGMENT - 1